UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 98-10012-CR-MOORE

**UNITED STATES OF AMERICA,**

       Plaintiff(s),

vs.

**JOSEPH CIOLI,
#38594-004**

       Defendant(s).
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER is before the Court on Magistrate Judge Barry L. Garber's Report and Recommendation (D.E. #467) on Defendant's Motion to file Belated Notice of Appeal issued September 25, 2006. After review of the record and having received no objections thereto, it is

ORDERED AND ADJUDGED that Magistrate Judge Garber's Report and Recommendation issued September 25, 2006 is hereby **ADOPTED**.

DONE AND ORDERED in Chambers at Miami, Florida this 17th day of October, 2006

                                            K. MICHAEL MOORE
                                            UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record